"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PERRY KRINITT, ) <br> ) <br> Defendant. ) | Case No. SA 07-247M <br><br> ORDER OF DETENTION <br><br> [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Howard D. McKibben, United States District Judge, of the United States District Court for the District of Nevada, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a).   The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, the defendant's lack of adequate bail resources; unemployed status; use of numerous name variations; lack of candor with Pretrial Services and his fiance; defendant's extensive criminal history, which includes numerous fraud and theft-related

1  offenses; the defendant's personal history of being a financial predator and
2  scam artist as set forth in the Presentencing Report; and the nature of the
3  charge offense, which includes his failure to report a recent arrest for resisting
4  a peace officer and providing false financial information to the Probation
5  Office; and

7  B.  (X)  The defendant has not met his burden of establishing by clear and convincing
8  evidence that he is not likely to pose a danger to the safety of any other person
9  or the community if released under 18 U.S.C. § 3142(b) or (c). This finding
10  is based on the nature of the charged offense and his extensive criminal
11  history.

13  IT THEREFORE IS ORDERED that the defendant be detained pending the further
14  revocation proceedings in the charging district.

17  Dated:   September 14, 2007

            /s/   ARTHUR NAKAZATO
            ARTHUR NAKAZATO
            UNITES STATES MAGISTRATE JUDGE